UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
ANGELA ALVEREZ,

                          Plaintiff,

v.                                                    **ORDER**

POUGHKEEPSIE CITY SCHOOL                18-cv-09404 (PMH)
DISTRICT,

                          Defendants.
-----------------------------------------------------------

PHILIP M. HALPERN, United States District Judge:

       This matter has recently been reassigned to me.  Due to the recent stay on the case

and a further conference scheduled before Magistrate Judge Davison, to allow the parties

to continue engaging in discovery, the case management conference previously scheduled

for May 8, 2020 is hereby cancelled.

       Defense counsel is further directed to mail a copy of this Order to the Plaintiff and

proof of service thereof.

Dated: New York, New York                **SO ORDERED:**
       April 20, 2020

                                         _____
                                         Philip M. Halpern
                                         United States District Judge