UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANGELA ALVAREZ,

                      Plaintiff,                    **18-cv-9404(PMH)**

          v.                                **ECF CASE**

POUGHKEEPSIE CITY                      **CONDITIONAL ORDER**
SCHOOL DISTRICT,                          **OF DISCONTINUANCE**

                      Defendant.

------------------------------------------------------------X

**AS THE COURT HAS BEEN ADVISED THAT THE PARTIES,** by their undersigned counsel, have reached an agreement in principle to settle this case;

**IT IS HEREBY ORDERED** that this action is dismissed without costs or attorneys' fees to any party other than as may be contained in the written Settlement Agreement still to be drafted. This dismissal is without prejudice to the right to restore the action to the Court's calendar, provided that the application to restore the action is made on or before January 19, 2021. All other deadlines, scheduled conferences or other scheduled court appearances are cancelled. Any pending motions or applications for same are moot.

Dated:  White Plains, New York
          November 20, 2020

| | |
|---|---|
| **MICHAEL RANIS, ATT. AT LAW** | **SILVERMAN & ASSOC., ATT. AT LAW** |
| By: _Michael Ranis /s_<br>Michael Ranis<br>*Attorney for Plaintiff*<br>Co-Lab Goshen<br>45 St. John Street<br>Goshen, NY 10924<br>Phone; 914.584.6445 | By: _Gerald S._<br>Gerald S. Smith<br>*Attorney for Defendant*<br>445 Hamilton Ave., Ste. 1102<br>White Plains, NY 10601<br>Phone: 914.574.4510 |

**LISA R. LIPMAN, ESQ.**

By: _Lisa R. Lipman_
Lisa R. Lipman
*Attorney for Plaintiff*
145 Huguenot St., Ste. 402
New Rochelle, NY 10801
Phone: 914.644.8400

 

**SO ORDERED:**

_____
~~PHILLIP M. HALPERN, U.S.D.J.~~

Hon. Philip M. Halpern
United States District Judge

Dated: November 23, 2020
       New York, New York